IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**STACY SCHMIDT**,
individually and on behalf
of all others similarly situated,

            Plaintiff,

   v.

**MADISON EMERGENCY PHYSICIANS, S.C.**,

            Defendant.

Case No. 25-cv-00087

---

### JOINT MOTION FOR COURT APPROVAL OF
### SETTLEMENT AND DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 7(b), the parties, by their undersigned counsel, hereby respectfully move the Court for an order to:

(a) approve their Settlement Agreement; and

(b) upon approval of the Settlement Agreement, dismiss this action with prejudice and without further costs to any party pursuant to Fed. R. Civ. P. 41.

The basis for this Motion is set forth in the parties' Brief in Support of Joint Motion for Court Approval of Settlement and Dismissal with Prejudice.

Dated this 31st day of October, 2025.

                        Attorneys for the Plaintiff

                        By: *s/ David C. Zoeller*
                        **HAWKS QUINDEL, S.C.**
                        David C. Zoeller, State Bar No. 1052017
                        Email: dzoeller@hq-law.com
                        Natalie L. Gerloff, State Bar No. 1117798
                        Email: ngerloff@hq-law.com
                        Post Office Box 2155
                        Madison, Wisconsin 53701-2155
                        Telephone: (608) 257-0040

                        Attorneys for the Defendant

                        By: *s/ Thomas P. Heneghan*
                        Thomas P. Heneghan, State Bar No. 1024057
                        Email: tom.heneghan@huschblackwell.com
                        Thomas G. O'Day, State Bar No. 1058213
                        Email: tom.oday@huschblackwell.com
                        33 East Main Street
                        Madison, Wisconsin 53703-3095
                        Telephone: (608) 255-4440